ALBERT PIKOWSKY, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY and CITY OF NEW YORK, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS ALLOCCO, Appellant.— Judgment of conviction and order of the County Court of Queens county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MORRIS RATETT, Respondent, v. JAMES BUTLER GROCERY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

FLORENCE W. E. RICHARDS, as Executrix etc., of EUGENE LAMB RICHARDS, Deceased, Respondent, v. FRED Y. PRESLEY and Others, Appellants.— Orders denying motions to strike out certain allegations of the complaint affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from date of entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

ANNA W. SON, Respondent, v. ROBERT LEO BOULLE, Appellant.— Order of the County Court of Westchester county modified by providing that the default be opened upon payment of ten dollars costs within five days from date of entry of the order herein; judgment to remain as security. As so modified the order, in so far as appealed from, is affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

STANDARD ACCIDENT INSURANCE COMPANY, Appellant, v. CLINTON G. SWACKHAMER, Respondent.— Order denying motion to strike out answer and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ROSE WELLSTATTER, Respondent, v. DAVID CRYSTAL, INC., Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

BENJAMIN SOLOVAY and LOUIS SOLOVAY, as Administrators, etc., of MORRIS SOLOVAY, Deceased, Appellants, v. BONVILE REALTY Co., INC., and Others, Defendants, and EVELYN FREED and RAYMOND H. FIERO, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

HARRY BIJUR and HAROLD H. HERTS, Copartners, Doing Business under the Firm Name and Style of BIJUR & HERTS, Respondents, v. AARON L. JACOBY, Appellant, Impleaded with EDWARD J. KRISTIAN, as Warden of the Civil Prison of the County of Kings, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Defendants.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

LILLIAN T. BUFFINGTON, Respondent, v. VICTOR MAYPER and REGINA MAYPER, His Wife, Appellants.— Order denying motion to dismiss complaint for insufficiency reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the plaintiff's claim to have it declared